IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **DARRYL TRAFFORD**, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:24-cv-576<br>)<br>) District Judge Barker |
| v. | ) Magistrate Judge Klump<br>) |
| **NCB MANAGEMENT SERVICES, INC.**, | )<br>)<br>) |
| Defendant. | ) |

> Acknowledged.
> This action is hereby dismissed with prejudice.
> Date: 4/22/2025
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action in its entirety and with each party to bear their own fees and costs.

**Date:** April 14, 2025

| For Plaintiff,<br>**DARRYL TRAFFORD** | For Defendant,<br>**NCB MANAGEMENT SERVICES, INC.** |
|---|---|
| */s David M. Marco*<br>David M. Marco<br>IL Bar No. 6273315/FL Bar No. 125266<br>SMITHMARCO, P.C.<br>5250 Old Orchard Rd, Suite 300<br>Skokie, IL 60077<br>**Telephone**: (312) 546-6539<br>**Facsimile**: (888) 418-1277<br>**E-mail**: dmarco@smithmarco.com | */s Brian D. Roth*<br>Brian D. Roth<br>SESSIONS ISRAEL & SHARTLE, LLC<br>3838 N. Causeway Blvd., Suite 2800<br>Metairie, Louisiana 70002<br>**Telephone**: (504) 828-3700<br>**Facsimile**: (504) 828-3737<br>**E-mail**: broth@sessions.legal |